# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-10449
Summary Calendar

Van Lee Brewer,

Petitioner-Appellant,

versus

Gary L. Johnson, Director,
Texas Department of Criminal Justice,
Institutional Division,

Respondent-Appellee.

Appeal from the United States District Court
For the Northern District of Texas
(3:93-CV-1422-P)

July 21, 1997

Before POLITZ, Chief Judge, DUHE and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Van Lee Brewer appeals the denial of his habeas corpus petition. Our thorough

review of the record discloses no reversible error, and for the reasons assigned by the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

magistrate judge and adopted by the district court in its Order signed and entered on March 28, 1996, we AFFIRM.

Brewer's motions for a writ of mandamus and to supplement the record are DENIED.